```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**ERIC L. WALLACE,**

      Plaintiff,

  vs.                             **Civil Action 2:07-CV-404**
                                    **Judge Smith**
                                    **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

## ORDER

      On August 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded for further consideration of the reports and opinions of plaintiff's treating physicians. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** pursuant to Sentence 4 of 42 U.S.C. §405(g) for further consideration consistent with the foregoing.

                                                      *s/George C. Smith*
                                                   George C. Smith, Judge
                                               United States District Court